RECEIVED
SDNY PRO SE OFFICE

2020 DEC -9 AM 11: 05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST

Write the full name of each plaintiff.

____CV____
(Include case number if one has been assigned)

-against-

US Government
US Trinidad Consulate
The White House
110 Maiden Lane
US Congress
US SD Court
Court of Appeals
US Republicans
A. Trust
NYC MTA
NYC

125 Maiden Plaza
CVR Associates Inc
Trinidad Government
US Trinidad Embassy
US Senate
US Supreme Court
US Democrats
A. Cuomo
J. Kushner
NYPD
NYC Anti-Social Club

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

① RETALIATION
② ABUSE OF POWER
③ DISCRIMINATION
④ PERSECUTION & TARGETTING

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Defendant 1: THE WHITE HOUSE
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 2: US GOVERNMENT
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 3: NYPD
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

NEW YORK / NY / 10007
County, City / State / Zip Code

Defendant 5: CUR ASSOCIATES INC
Defendant 6: CITY OF NY (CHRA)
Defendant 7: US SUPREME COURT
Defendant 8: US SD COURT
Defendant 9: COURT OF APPEAL
Defendant 10: US Senate
Defendant 11: US Congress
Defendant 12: A CUOMO
Defendant 13: US Democratics
Defendant 14: US Republicans
Defendant 15: A. FAUCI
Defendant 16: NYC Anti Social Club
Defendant 17: NYCT
Defendant 18: NYC MTA
Defendant 19: Trinidad Government
Defendant 20: US Trinidad Consulate
Defendant 21: US Trinidad Embassy
Defendant 21: 110 Maiden Lane
Defendant ..:

Defendant 4: **125 Maiden Plaza**
First Name    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

**New York**       **NY**
County, City     State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Brooklyn, New York City**

Date(s) of occurrence: **12/4/20 — 12/7/20**

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Anywhere I go there are hooligans, fraud and conspiracy. The latest conspiracy is the taking out of key people who has a stake in the COVID Vaccine to drive up profit and or distribute a portion and hold back on the other(s).

Jesus said "is too long for stupidness/foolishness to be going on."

The defendants or hooligans have gone far, deep and wide to trap a victim (me). Jesus said "look at fraud." The hooligans have incorporated death, sacrifice and after life.

I see an open door (in and out). I see a river flowing two ways and back again. I saw a man who sits on a high bed went through the process.

Page 5

A bullet was pumped into the man who sits on the high bed and taken out.

I heard a defendant made a joke and said "O, you got up - I know you" - "all you saying all type of things to the woman and then f-ing her in the back".

I had also previously heard "Go and get the real money".

I was suppose to be a the living sacrifice. I was shown it before in the spiritual and was taken to the →

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewearing dirty clothes. harrassed. uncomfortability. mental pressure

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in the F.B.I, C.I.A, and L. James to investigate.

I would like to ask the court to order the defendants restore all what was swindled, and to compensate me for creating hardships, stressors, and

holding tent and burial site at Hoyte Street Subway Train Station.

I heard the defendants talking about "what I was doing and getting me home."

I heard the defendants said "I was difficult."

I physically saw two black garbage bags next to a shovel and broom which was to be used to put my inside (bowels) into.

I saw a last meal given and a shower in the planning and plotting stages.

I heard a defendant said "nobody can see the body it has been embalmed."

Only one person came for the 'scene' with the man who sits on top of a high bed.

I heard someone said "that's a serious matter and no joke."

I heard a young man said "You see how much problem there was last night."

I saw he was given money for the job. I also heard someone said "You still breathing."

I heard a man said "nothing is mines again but yours" – "what is a title"? – "you are not on my side." It appears to me the man on the high bed is/was suppose to take my place. In the "vision" I said "before you go I lost my shoe."

I heard "Before I go receive back your shoe baby" A blow – a powerful one came with it in my stomach that physically woke me up.

About 8:30pm last night I zeroed in on another part of the puzzle unfolding. It started on Broad Street ('J' line) and ended at Fulton for me. When I saw a couple people came on at Fulton 8:45pm and a black garbage bag angrily thrown on the

FACTS

train floor I quickly hopped out the train.
In addition to the puzzle this vision alerted me "All yuh want to go, go."
I don't want to go, bye I said. That's when I hopped of the J train on Fulton platform. Coincidence the NYC MTA line elevator for A,C was not in service? - leaving me/projecting me to the "J" line for my death and sacrifice.

The NYC MTA train worker had already physically relieved himself (urinated) on Broad Street. A very tall Italian looking female came down Broad Street subway steps and went into the train. For strange reasons she looked like someone else after I saw her. I went into the same car as/with her (mystery).

After I hopped off a train at about 11:00am yesterday on Hoyte subway platform I discerned something was not right with the scene I was looking at. It spoke death to me and I quickly pulled back against an exit door at the end of the platform.

I saw the two black garbage bags, shovel and broom in the middle area down on the tracks. I saw the holding tent. I heard "that blasted tent is for you" previously. I further heard "Bring profit down so others can raise theirs up."
They were going to kill and sacrifice me in that area.

Jesus brought me there to check out the scene/clues before hand. I was frightened leaning against the exit door and looking behind me too at the same time. The Hoyte platform was empty. I first saw a lady holding a folder conversing with a man down inside the tracks when I got off.

It appeared to me she knew me I was told she came looking for me and thought I had exited

FACT (4)

I was waiting on the other train and scoping out the couple people passing by down inside the track as I leaned against the door frightened.

The stalking and back-riding have become unbearable. A very large percentage of New York City residents have gone insane over my money. They are doing crazy stuff discerners can see much more than normal people. They are very toxic and unhealthy to be around. The stuff they do puts them into thief category. I do not want these clan of people around me.

The God that sits high and look low sees everything. Evil-doers think He is asleep. Wake Him up. Presenting oneself a living sacrifice and going through an open door and coming back is wasting tax-payers money and a pack of foolishness. Evil-doers keep clinging to me sucking my blood draining me. Look at fraud, look at fraud, look at fraud.

Apart from being pushed out of a nook at 125 Maiden Plaza after midnight on Saturday most things are unchanged. I heard someone said to this "guard" go out and make some money."
He did me nasty. I blew out a thief the early morning the previous day at 110 Maiden Lane. The thief went directly into 110 Maiden Lane hiding from shame. The "guard" said "don't let the other workers inside there tell me you still there". I have been sleeping there for about 2½ months. Anywhere I am or go hooligans are.

NYPD coincidence a young man who could be my son throws out garbage in a garbage can by my nook about 11:35pm and your car comes into play too. All three of us point of contact. 9:45pm Mr. Frost makes same three point contact with me and a string

FACT (5)

band of children plus a second family. Not normal stuff happening here. I need all sick people away from me. Mentally pressuring my family continuously to withdraw my money different ways.

I am holding the defendants accountable of fraud, corruption, abuse of power, targetting and suppression. I am holding them accountable of "alleged" death and sacrifice.

pain and suffering. Sacrificial offering and exchange is psychopathic behavior. Please hand over all keys to my Bishop and new compensation. We need to get into our house.

    I would like to ask the court to compensate Dwane and Mr. Frost for mental pressure, life alterations and no life. Compensate them for pain and suffering and traumatization.

OTHER RELIEF:

I need three more christian churches suffering financial hardships i.e rent, lights, heat/gas maintenance receive financial help.

2 non-denominational churches in Bronx and Brooklyn
1 Pentecostal in Staten Island.
No counterfeit powers (christian based only).

Please include all back/past orders/bills to be paid (full). Please include one month in advance bills above paid too.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

12/07/20
Dated

Yvonne Frost
Plaintiff's Signature

Yvonne
First Name

Middle Initial

Frost
Last Name

40 Ann Street
Street Address

New York
County, City

NY
State

10038
Zip Code

NONE
Telephone Number

Yvonne.Frost1@aol.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

