RECEIVED
SDNY PRO SE OFFICE
2020 DEC -9 AM 11: 05

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Yvonne Frost                                    20 CV 10415 (CM)( )
(List the full name(s) of the plaintiff(s)/petitioner(s).)     Restriction of Filing

THE WHITE HOUSE            NYPD Maiden
US REPUBLICANS             J. Kushner 1st maiden Plaza
DOJ Senate     -against-   US Democratics
A. FAUCI                   US Congress
Trinidad US Consulate      A. Cuomo
US Government              US Trinidad Embassy
US SD COURT                C/R Associates Inc
Trinidad Government        US Supreme Court
NYC Anti Social Club       Court of Appeals
NYSRT                      CHAOS NY (RMA)
                           NYC MTA

(List the full name(s) of the defendant(s)/respondent(s).)

I Yvonne Frost under Penalty of Perjury state the claims I made here is in good faith.

It is not Frivolous or was brought to harrass anyone.

It was not brought to cause unnecessary delay.

The filing complies with Federal Rules of Court Procedure, the Court Local Rule and this Order.

Dated: 12/07/20

Signature: Yvonne Frost

Name (Last, First, MI): FROST YVONNE

Address: 40 Ann Street   City: NY   State: NY   Zip Code: 10038

Telephone Number: NONE

E-mail Address (if available): Yvonne.Frost1@aol.com